FILED

11/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0352

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0352

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TRENDTON DILLINGHAM,

     Defendant and Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Peter Ohman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 18 2020